UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 21-13123 |
|---|---|
| Mark Infanger, | Chapter 13 |
| Debtor. | Honorable Janet S. Baer |

**NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER**

NOW COMES PNC Bank, National Association by its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby gives notice that the Debtor has failed to comply with the Agreed Order entered on September 20, 2022. Pursuant to the Order, the Debtor was to cure the post-petition default and make monthly post-petition payments in a timely manner. The Debtor has failed to tender the monthly payments to cure the post-petition default for the months of October 15, 2022 through November 15, 2022. In addition, the Debtor has failed to make the monthly post-petition payment for the month of December 1, 2022 and pursuant to said Order has fourteen (14) days to pay all delinquent amounts owed, plus any amounts accruing during said period. A post-petition payment history is attached hereto as Exhibit "A".

The breakdown of the default is as follows:
  1 Post-Petition payment @ $1,134.62 = $1,134.62;
  2 Stipulated payments @ $519.74 = $1,039.48;
  Less funds in suspense in the amount of $56.24.

Plus the amounts accruing before December 27, 2022:
  1 Stipulated Payment in the amount of $519.74;
  Attorney Fees in the amount of $100.00

The total amount due as of December 27, 2022, will be $2,737.60.

DATED: December 13, 2022

PNC Bank, National Association,

By: /s/ Maria C. Sanchez
Maria C Sanchez
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of the Notice of Default filed on December 13, 2022, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 13, 2022, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 13th day of December, 2022.

**Service by Mail:**

Mark Infanger
3S274 Patterman Road
Warrenville, IL 60555

**Service by Electronic Notice through ECF:**

| Dustin B Allen | Glenn B. Stearns | Patrick S. Layng |
|---|---|---|
| Dustin B. Allen, Attorney at Law | 801 Warrenville Road, Suite 650 | United States Trustee (Region 11) |
| PO Box 681232 | Lisle, IL 60532 | 219 S. Dearborn Street Room 873 |
| Schaumburg, IL 60168 | | Chicago, IL 60604 |

                          /s/ Maria C. Sanchez
                          Maria C Sanchez

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754